JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| RIMROCK CAPITAL MANAGEMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LANDRIGAN, an Individual; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. SACV 08-634-AHS (MLGx)<br><br>**ORDER OF DISMISSAL** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

ORDER OF DISMISSAL

DOCSOC/1342469v1/100998-0000

1  Pursuant to the Parties' April 28, 2009 Stipulation For Dismissal Of The
2  Entire Action, any and all claims of Plaintiff and Count-Defendant Rimrock
3  Capital Management, LLC ("Rimrock") and Defendant and Counter-Claimant
4  Michael Landrigan ("Landrigan") in the above-captioned action are dismissed with
5  prejudice pursuant to Federal Rule of Civil Procedure 41.

7  IT IS SO ORDERED.

9  Dated: __April 29__, 2009

11  **ALICEMARIE H. STOTLER**
12  Alicemarie H. Stotler, U. S. District Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
ORDER OF DISMISSAL
DOCSOC/1342469v1/100998-0000